```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | | |
|---|---|---|
| WILLIE LEE CONNER, | : | |
| Petitioner. | : | |
| vs. | : | CIVIL ACTION 16-00273-WS-M |
| CYNTHIA D. STEWART, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, Cynthia D. Stewart and against Petitioner, Willie Lee Conner.

DONE this 28th day of September, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE